IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America, | : | |
|     Plaintiff, | : | |
|     v. | : | Civil No. MJG-93-345-C |
| Patricia P Gaither, | : | |
|     Defendant, | : | |
| Catholic Charities, | : | |
|     Garnishee. | : | |

. . . . .ooOoo. . . . .

Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Continuing Garnishment of Wages to to Catholic Charities, and for cause states:

The judgment in the above-entitled action, to include principal, interest and costs is now paid, settled and satisfied.

Respectfully submitted,

Stephen M. Schenning
United States Attorney

Tamera L. Fine
Assistant U.S. Attorney
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 024751

Approved this 20th day of Jul, 2001

Marvin J. Garbis
United States District Judge



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _20th_ day of _July_, 2001, a copy of the foregoing was sent, first class mail, postage prepaid, to: Catholic Charities, 320 Cathedral Street, Baltimore, Maryland 21201-4493, garnishee.

Tamera L. Fine
Assistant United States Attorney